In the Matter of the CITY OF NEW YORK, Appellant, against STEPHEN MACK et al., Respondents, et al., Defendants.

Argued April 18, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson, Corporation Counsel (Morris Shapiro* of counsel), for appellant.

*David A. Ferdinand* and *Harold L. Strauss* for Stephen Mack, respondent.

*Paxton Blair* and *Edward M. Edenbaum* for Vincent J. Kane, and others, respondents.

Order affirmed, with costs, without prejudice to a new application by the City of New York to compel the retirement of respondent Mack, in accordance with the decision of this court in *Matter of City of New York* v. *Schoeck* (294 N. Y. 559) decided herewith, if respondent Mack is found to be disqualified for duty upon a new examination before a special medical board, as directed in *Matter of Mack* v. *Walsh* (294 N. Y. 554) decided herewith. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.